UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA STOICICH, | 1:05-cv-00615-AWI-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 16) |
| vs. | **ORDER DENYING MOTION TO REVERSE OR REMAND DECISION** (Doc. 14) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | **ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF** |

Plaintiff is proceeding in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for Supplemental Security Income benefits under Title XVI of the Social Security Act.

On May 17, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 17, 2007, are ADOPTED IN FULL;

2. Plaintiff's motion to reverse or, in the alternative, remand the decision of the ALJ, filed December 20, 2005, is DENIED; and,

3. The Clerk of Court enter judgment for Defendant, Michael J. Astrue, Commissioner of Social Security, and against Plaintiff, Teresa Stoicich.

IT IS SO ORDERED.

**Dated:   July 6, 2007**                    **/s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE